1

2                                           THE HONORABLE ROBERT S. LASNIK

3

4

5

6

7               UNITED STATES DISTRICT COURT FOR THE
                      WESTERN DISTRICT OF WASHINGTON
8                                  AT SEATTLE

9

10    JULIE GRANT                              No. 2:16-CV-00370-RSL

11                          Plaintiff,

12              v.                             JOINT STIPULATION OF
                                               DISMISSAL WITH PREJUDICE AND
13                                             ORDER

14    WALLINGFORD CENTER, LLP

15

16                          Defendant.

17

18

19          The Plaintiff, Julie Grant, and Defendant, Wallingford Center, LLP, by and through

20    the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With

21    Prejudice.  The parties request that this Court retain jurisdiction for purposes of enforcing

22    the settlement agreement entered into between the parties.   Except as set forth in the

23    settlement agreement, all parties shall bear their own attorneys' fees and costs.

24

25

26

27    JOINT STIPULATION AND ORDER
      OF DISMISSAL WITH PREJUDICE-        1          SCWARTZ ROLLER & ZWILLING
                                                     600 Vestavia Parkway, Suite 251
28                                                   Birmingham, Alabama 35216
                                                     (205) 822-2701

1

2    WHEREFORE, the parties move this Court for the entry of a Final Order.

3
     Dated this 12ᵗʰ day of January 2017.
4

5                             Respectfully submitted,

6
                      By:    /s/ Edward I. Zwilling
7                            Edward I. Zwilling, Esq.
8                            Alabama Bar No. ASB-3904-L74C
                             Schwartz Roller & Zwilling
9                            Attorneys for Plaintiff
                             600 Vestavia Parkway, Suite 251
10                           Birmingham, Alabama 35216
                             Telephone:    (205) 822-2701
11                           Facsimile:    (205) 822-2702
12                           Email: ezwilling@szalaw.com

13
                      By:    /s Bridget Bourgette Shaw
14                           Bridget Bourgette Shaw, Esq.
                             WSBA No.  28850
15                           Shaw Law Group, PLLC
                             323 1ˢᵗ Avenue West
16                           Seattle, WA 98119
                             Telephone: (206) 623-1225
17                           Facsimile: (206) 283-0923
18                           Email: bridget@shawlawgrouppllc.com

19
                      By:    /s/  Barry Alan Johnsrud
20                           Barry Alan Johnsrud, Esq.
                             WSBA No. 21952
21                           Jonathan M. Minear, Esq.
                             WSBA No. 41377
22                           Jackson Lewis
23                           520 Pike street, suite 2300
                             Seattle, WA 98101
24                           Email: barry.johnsrud@jacksonlewis.com
                             Email: jonathan.minear@jacksonlewis.com
25

26

27   JOINT STIPULATION AND ORDER
     OF DISMISSAL WITH PREJUDICE-      2
28

                                              SCWARTZ ROLLER & ZWILLING
                                              600 Vestavia Parkway, Suite 251
                                              Birmingham, Alabama 35216
                                              (205) 822-2701

1

2

IT IS SO ORDERED:

3

4   Dated: Jan. 13, 2017                    _MDS Casnik_

5                                  Honorable Robert S. Lasnik
                                   United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   JOINT STIPULATION AND ORDER
     OF DISMISSAL WITH PREJUDICE-        3

28